## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Housing and Redevelopment Authority of Redwood Falls | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number:   14-cv-4741 PAM/HB |
| Housing Authority Property Insurance | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's Motion for Preaward Interest (Docket No. 46) is GRANTED in part; and
2. Defendant shall pay to Plaintiff $223,146.35.

Date: 11/8/2017                                                           RICHARD D. SLETTEN, CLERK

                                                                                    s/Katie Thompson
                                                                    (By)   Katie Thompson, Deputy Clerk